# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: THE MEDICAL REVIEW
PANEL FOR THE CLAIM OF KELDA
PRICE

NO.  2024 CW 0854

**DECEMBER 16, 2024**

---

In Re:    Kelvin Wells, Sr., applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          736456.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

　　**WRIT DENIED.**　Relator should first seek relief with the
district court.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
　　FOR THE COURT